**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Donald Wayne Washington
Jones, Walker, et al.
P. O. Box 3408
Lafayette LA 70502

Rachel Chance
Jones, Walker, et al.
P. O. Box 3408
Lafayette LA 70502-3408

**REHEARING ACTION: March 13, 2013**

**Docket Number: 12   00557-CA**

**MILO NICKEL, ET AL.**
**VERSUS**
**MB INDUSTRIES, LLC, ET AL.**

**Appealed from Acadia Parish Case No. 2011-11186**

**BEFORE JUDGES:**

> **Hon. John D. Saunders**
> **Hon. Jimmie C. Peters**
> **Hon. Elizabeth A. Pickett**
> **Hon. James T. Genovese**
> **Hon. Shannon J. Gremillion**

As counsel of record in the captioned case, you are hereby notified that the "Application for En Banc Hearing or for Panel Rehearing" filed by **MB Industries, LLC and MBI Global, LLC** has this day been

> **DENIED.**

cc: Kenneth Michael Wright, Counsel for the Appellant